United States District Court
for the
District of Columbia

FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ralph Taylor, # 31628-048 )
    Petitioner, )
F.C.I. ASHLAND )
  POB 6001 )
ASHLAND,   v.  Ky. 41105 ) Civil
    )
    )
John D. Tinder, )
    Defendant. )

Case: 1:08-cv-00559
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/31/2008
Description: Pro Se general Civil

Complaint

**PETITION FOR DECLARATORY JUDGMENT
PURSUANT TO 28 U.S.C. §2201, 2202**

    Comes Now, Petitioner, Ralph Taylor seeking an declaratory judgment pursuant to 28 U.S.C. §2201, 2202 against John D. Tinder in his individual capacity, while acting as United States District Court Judge, for acting beyond his statutory powers, in violation of due process of law.

## JURISDICTION

    This United States District Court has jurisdiction pursuant to 28 U.S.C. §1331, as this civil action arises under the laws, Constitution, or treaties of the United States and under 28 U.S.C. §2201, procedure for adjudicating existing substantive rights.

1

## PARTIES

(1) Ralph Taylor, Petitioner, is adversely affected by the judgment in the case, United States v. Ralph Taylor, case No. IP-132-CR-01-T/F.

(2) John D. Tinder, in his individual capacity, acting as United States District Court Judge, Southern District of Indiana.

## STATEMENT OF THE FACTS

(3) On March 15, 2006, John D. Tinder was commanded to respond to an AFFIDAVIT DEMAND FOR CERTIFIED DOCUMENTATION from Petitioner, Ralph Taylor, which establishes the statutory authority pursuant to a federal statute he has purported to enforce, and that failure to said response may result in an entry of default or default judgment. (Affidavits for both March 15 and April 11, 2006 attached)

(4) On April 11, 2006, John D. Tinder received an AFFIDAVIT OF STIPULATION/DEFAULT for his failure to respond.

Whereas, John D. Tinder's failure to respond, point by point rebuttal to the affidavit would constitute consent to the following stipulations; (a) That John D. Tinder exceeded the authority granted to him by Congress; (b) That John D. Tinder, while acting as United States District Court Judge, did violate Plaintiff, Ralph Taylor's right to due process of law; (c) That the judgment entered July 1, 1998, by John D. Tinder, acting as District Court Judge, is void for violation of due process of law.

Wherefore, Petitioner, Ralph Taylor, seeks prompt determination of genuine legal constroversies in order to quickly extricate himself from a predicament unlawfully imposed upon him and ask the Court to grant a declaratory judgment declaring; (a) John D. Tinder acted beyond his statutory powers granted to him by Congress; (b) That John D. Tinder, while acting as United States District Court Judge, did violate Petitioner, Ralph Taylor's rights to due process of law, and (c) That the judgment entered July 1, 1998, by John D. Tinder, while acting as United States District Court Judge, is void for violation of due process of law.

Respectfully submitted this 26th day of March, 2008.

*Ralph Taylor*
Reg. No. 31628-048
F.C.I. Ashland
P.O. Box 6001
Ashland, KY  41105

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

06 MAR 15 PM 12:59

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| | ) |
| vs, | ) IP 96-132-CR-01-T/F |
| | ) |
| RALPH TAYLOR, | ) |
| Defendant. | ) |

AFFIDAVIT
DEMAND FOR CERTIFIED DOCUMENTATION

I, Ralph Taylor, Defendant, swear under penalty of falsification and perjury that the following statement made on personal knowledge and set forth such facts as would be admissible in evidence.

(1) I, Ralph Taylor, hereby demand by this affidavit, that the case No. IP 96-132-CR-01-T/F be reviewed pursuant to the facts contained within this sworn affidavit of truth, and that this affidavit has been prepared and written with specific intent to cure the wrongs committed against this Defendant.

(2) That on January 10, 1997, the court entered an Order to Vacate and Reassign Jury Trial date, under the "ends of justice" exception without articulating the necessary findings required by the "Ends of Justice" Continuance, Subparagraph 3161(h)(8), a statute within the Speedy Trial Act, thereby violating Defendant's due process rights.

(3) That, "Ends of Justice" Continuance, Subparagraph 3161(h)(8) states in part: "..., the judge must determine before granting the continuance that society's interest in meeting the "ends of justice" outweighs the interest of the defendant and of society in achieving speedy trial. Furthermore, the judge must set out in writing his reasons for believing that in granting the continuance he strikes the proper balance between these two societal interest.

Exhibit 1

08 0559

FILED
MAR 31 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(4) That on February 28, 1997, April 25, 1997 and May 21, 1997, the court again entered Order to Vacate and Reassign Jury Trial dates, again without articulating the necessary findings required by statute 18 U.S.C. §3161(h)(8) of the Speedy Trial Act, again in violation of Defendant's due process rights.

(5) That, "Ends of Justice" Continuance, Subparagraph 3161(h)(8) further states in part: "Each time such a continuance is granted in complicated case the judge will still have to weigh the right of society and the defendant to a speedy trial against the "ends of justice". And that such failure is a violation of due process.

   NOTICE is hereby given to:

   John Daniel Tinder, District Court Judge for the Southern District of Indiana, Indianapolis Division

   And demand is being made requiring you to produce the statutory authority which allow you to violate the principles of the statute 18 U.S.C. §3161(h)(8), "Ends of Justice" Continuance.

(6) That failure to respond to this Defendant's Affidavit of Demand for Certified Documentation explaining the statutory authority that allows you to violate the principles of 18 U.S.C. §3161(h)(8), within twenty (20) days after being served with this Affidavit of Demand, Complaint, as required by FRCP 12(a)(1)(A) may result in entry of default or default judgment under FRCP 55.

(7) That I, Ralph Taylor, Defendant, certify that I have written the foregoing with intent and understanding of purpose, and swear the statements, allegations, demands and contents herein to be true, correct, complete, and reasonable and just to the best of my knowledge and belief, so help me God.

   Respectfully submitted this 7th day of March, 2006

                        _Ralph Taylor_
                        Reg. No. 31628-048
                        F.C.I. Ashland
                        P.O. Box 6001
                        Ashland, KY  41105

   Witness my hand this 7th day of March, 2006

                        _Angela Kaney, Notary_
                        Exp: 3-15-09

Exhibit 1                        2

To:   John Daniel Tinder
      United States District Court Judge for
      The Southern District of Indiana
      U.S. Courthouse
      46 E. Ohio Street
      Indianapolis, IN   46204

RE:   Case No. IP 96-132-CR-01-T/F

FILED
U.S. DISTRICT COURT
06 APR 11 PM 2:40
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

I, Ralph Taylor, declare under penalty of perjury that the following statements are true, correct and not misleading and set forth such facts as would be admissible in evidence.

## AFFIDAVIT OF STIPULATION/DEFAULT

On March 15, 2006, you were in receipt of an affidavit in which I, Ralph Taylor, swore under penalty of falsification and perjury and on personal knowledge to be true.

In said affidavit, you were required to provide me with the statutory authority which authorized you, John Daniel Tinder, acting as United States District Court Judge, to violate the principles of 18 U.S.C. §3161(h)(8), "Ends of Justice" Continuance, a federal statute within the Speedy Trial Act, thereby violating Ralph Taylor's rights to due process, while acting in said capacity, and sworn to be true.

Pursuant to FRCP 12(a)(1)(A), twenty (20) days has elapsed, and I have not received a response to said affidavit, whereas you are deemed in default of an opportunity to provide a response as required in accordance with FRCP, Rule 55, and have acquiesced, tacitly admitting to having violated the inalienable right to due process of law by exceeding the statutory authority granted to you by Congress by violating the statutory provisions of federal statute 18 U.S.C. §3161(h)(8) "Ends of Justice" Continuance.

Exhibit 1

Wherefore, your failure to respond point by point rebuttal, you have stipulated to the following:

(1) That you have exceeded your authority granted to you by Congress, and

(2) That you, John Daniel Tinder, acting as United States District Court Judge, did violate Plaintiff, Ralph Taylor's rights to due process of law, and

(3) That the judgment entered July 1, 1998, is void for violation of due process of law, and

(4) That Plaintiff, Ralph Taylor, should be discharged and released from unlawful restraint.

I, Ralph Taylor, Plaintiff, certify that I have written the foregoing with intent and understanding of purpose, and swear the statements, allegations, contents herein to be true correct, and reasonable and just to the best of my knowledge and belief, so help me God.

Respectfully submitted this 7th day of April, 2006

*Ralph Taylor*
Reg. No. 31628-048
F.C.I. Ashland
P.O. Box 6001
Ashland, KY 41105

Witness my hand this 6 day of April, 2006

Jamie E. Robinson
Notary, Boyd Co., KY
Expires: 1/22/08

Exhibit 1

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-559
CKK

| I (a) PLAINTIFFS  RALPH TAYLOR | DEFENDANTS  JOHN D. TINDER USDC JUDGE |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888  (EXCEPT IN U.S. PLAINTIFF CASES)  PRO SE (PP) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____  (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  # 31628-048 | Case: 1:08-cv-00559  Assigned To : Kollar-Kotelly, Colleen  Assign. Date : 3/31/2008  Description: Pro Se general Civil |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane  ☐ 315 Airplane Product Liability  ☐ 320 Assault, Libel & Slander  ☐ 330 Federal Employers Liability  ☐ 340 Marine  ☐ 345 Marine Product Liability  ☐ 350 Motor Vehicle  ☐ 355 Motor Vehicle Product Liability  ☐ 360 Other Personal Injury  ☐ 362 Medical Malpractice  ☐ 365 Product Liability  ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act  **Social Security:**  ☐ 861 HIA ((1395ff)  ☐ 862 Black Lung (923)  ☐ 863 DIWC/DIWW (405(g)  ☐ 864 SSID Title XVI  ☐ 865 RSI (405(g)  **Other Statutes**  ☐ 891 Agricultural Acts  ☐ 892 Economic Stabilization Act  ☐ 893 Environmental Matters  ☐ 894 Energy Allocation Act  ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.  *(If Antitrust, then A governs)* |

| ☐ E. *General Civil (Other)* OR ⦿ F. *Pro Se General Civil* |
|---|

| **Real Property**  ☐ 210 Land Condemnation  ☐ 220 Foreclosure  ☐ 230 Rent, Lease & Ejectment  ☐ 240 Torts to Land  ☐ 245 Tort Product Liability  ☐ 290 All Other Real Property  **Personal Property**  ☐ 370 Other Fraud  ☐ 371 Truth in Lending  ☐ 380 Other Personal Property Damage  ☐ 385 Property Damage Product Liability  **Bankruptcy**  ☐ 422 Appeal 28 USC 158  ☐ 423 Withdrawal 28 USC 157 | **Immigration**  ☐ 462 Naturalization Application  ☐ 463 Habeas Corpus- Alien Detainee  ☐ 465 Other Immigration Actions  **Prisoner Petitions**  ☐ 535 Death Penalty  ☐ 540 Mandamus & Other  ⦿ 550 Civil Rights  ☐ 555 Prison Condition  **Property Rights**  ☐ 820 Copyrights  ☐ 830 Patent  ☐ 840 Trademark  **Federal Tax Suits**  ☐ 870 Taxes (US plaintiff or defendant | ☐ 871 IRS-Third Party 26 USC 7609  **Forfeiture/Penalty**  ☐ 610 Agriculture  ☐ 620 Other Food &Drug  ☐ 625 Drug Related Seizure of Property 21 USC 881  ☐ 630 Liquor Laws  ☐ 640 RR & Truck  ☐ 650 Airline Regs  ☐ 660 Occupational Safety/Health  ☐ 690 Other  **Other Statutes**  ☐ 400 State Reapportionment  ☐ 430 Banks & Banking  ☐ 450 Commerce/ICC Rates/etc. | ☐ 460 Deportation  ☐ 470 Racketeer Influenced & Corrupt Organizations  ☐ 480 Consumer Credit  ☐ 490 Cable/Satellite TV  ☐ 810 Selective Service  ☐ 850 Securities/Commodities/ Exchange  ☐ 875 Customer Challenge 12 USC 3410  ☐ 900 Appeal of fee determination under equal access to Justice  ☐ 950 Constitutionality of State Statutes  ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

③

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 3/31/08   SIGNATURE OF ATTORNEY OF RECORD _NaD_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd