UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ralph Taylor, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-0559 (CKK) |
| | : | |
| John D. Tinder, | : | |
| | : | |
| Defendant. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the summonses are QUASHED; and it is

FURTHER ORDERED that this case is DISMISSED for want of jurisdiction. This is a final appealable Order.

                                                    _____s/s_____
                                                    COLLEEN KOLLAR-KOTELLY
DATE: April 23, 2008                    United States District Judge