United States District Court
for the District of Columbia

Ralph Taylor #31628-048 )
F.C.I. Ashland )
P.O. Box 6001 )
Ashland, KY  41105 )
     Petitioner ) Case: 1:08-cv-00559
     ) Assigned to: Kollar-Kotelly, Colleen
     ) Assign Date: 3/31/2008
    v. ) Description: Pro Se general Civil
     )
John D. Tinder, )
     Defendant. )

CERTIFICATE OF SERVICE

I, Ralph Taylor, certify that the SUMMONS, and a true copy of the foregoing court filings have been caused to be delivered:

PETITION FOR DECLARATORY JUDGMENT PURSUANT TO 28 U.S.C. §2201,2202

AFFIDAVIT DEMAND FOR CERTIFIED DOCUMENTATION

AFFIDAVIT OF DEFAULT/STIPULATION

To: John Daniel Tinder, U.S. District Court Judge
    U.S. Courthouse
    46 E. Ohio Street
    Indianapolis, IN  46204

    via Certified U.S. Postal Service, item 7005 3110 0003 8816 1615

To: United States Attorney
    555 4th Street, NW
    Washington, D.C. 20001

    via Certified U.S. Postal Service, item 7005 3110 0003 8816 1295

To: U.S. Attorney General
    D.O.J.
    950 Pennsylvania Ave  N.W.
    Washington, D.C.  20530

    via Certified U.S. Postal Service, item 7007 0220 0001 5814 0041

On this 9th day of April, 2008.

                                                                */s/ Ralph Taylor*