To:    Clerk of the Court                      April 23, 2008
United States District Court
District of Columbia
U.S. Courthouse
333 Constitution Ave. NW
Washington, D.C. 20001-2804

From: Ralph Taylor #31628-048
F.C.I. Ashland
P.O. Box 6001
Ashland, KY 41105

**RECEIVED**

APR 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Case No. 1:08-cv-00559
Assigned to: Kollar-Kotelly, Colleen
Assign Date: 3/31/2008
Description: Pro Se general Civil

Dear Clerk of the Court

    On March 31, 2008, this case was docketed and a request for summons was issued to Petitioner for John Daniel Tinder, acting as U.S. District Court Judge; United States Attorney for the District of Columbia, and the United States Attorney.

    On April 9, 2008, Petitioner mailed via Certified U.S. Postal Service to the above defendant and attorneys and to this Court via your office a Certificate of Service, that a true copy of the Court's filings have been caused to be delivered.

    The Certificate of Service was received April 12, 2008 to the United States Attorney, after being forwarded, due to incorrect address, and to the United States Attorney General, April 17, 2008.

    The Certificate of Service and summons **has not**, as of this date, been delivered to John Daniel Tinder. The Postal Service states there is no record of this article, but is investigating a request to find out what happened. All three were mailed the same date as the inclosed letter to this Court. (see attached documents) according to the stamped filed receipts and Certificate of Service to this Court.

    To minimize unreasonable delay in prosecuting this action, Petitioner request the requirement of rule 4(a) that the clerk shall

forthwith issue the summons and copy of complaint delivered to the marshal for service to reduce the chances of noncompliance to Rule 4(i)(3) to John Daniel Tinder, acting as United States District Court Judge, for the Southern District of Indiana, at U.S. Courthouse 46 E. Ohio Street, Indianapolis, IN 46204, and notify Petitioner the date delivered.

Thank you in advance for your prompt attention to this matter.

Respectfully

*Ralph Taylor*

United States District Court
for the District of Columbia

Ralph Taylor #31628-048           )
F.C.I. Ashland                    )
P.O. Box 6001                     )
Ashland, KY  41105                )
         Petitioner               ) Case: 1:08-cv-00559
                                  ) Assigned to: Kollar-Kotelly, Colleen
                                  ) Assign Date: 3/31/2008
       v.                         ) Description: Pro Se general Civil
                                  )
John D. Tinder,                   )
         Defendant.               )

CERTIFICATE OF SERVICE

I, Ralph Taylor, certify that the SUMMONS, and a true copy of the foregoing court filings have been caused to be delivered:

PETITION FOR DECLARATORY JUDGMENT PURSUANT TO 28 U.S.C. §2201,2202

AFFIDAVIT DEMAND FOR CERTIFIED DOCUMENTATION

AFFIDAVIT OF DEFAULT/STIPULATION

To: John Daniel Tinder, U.S. District Court Judge
    U.S. Courthouse
    46 E. Ohio Street
    Indianapolis, IN  46204

    via Certified U.S. Postal Service, item 7005 3110 0003 8816 1615
                                              7005 3110 0003 8816 1615

To: United States Attorney
    555 4th Street, NW
    Washington, D.C. 20001

    via Certified U.S. Postal Service, item 7005 3110 0003 8816 1295
                                              7005 3110 0003 8816 1295

To: U.S. Attorney General
    D.O.J.
    950 Pennsylvania Ave  N.W.
    Washington, D.C.  20530

    via Certified U.S. Postal Service, item 7007 0220 0001 5814 0041
On this 9th day of April, 2008.            7007 0220 0001 5814 0041

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

TAYLOR R. #31628-048

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.79 |

Postmark Here — KY 41101, APR 9

Sent To: United States Attorney
Street, Apt. No.; or PO Box No.: 555 4th Street NW
City, State, ZIP+4: Washington D.C. 20001

PS Form 3800, June 2002

7005 3110 0003 8816 1295

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

TAYLOR R. #31628-048

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.79 |

Sent To: John D. Tinder
Street, Apt. No.; or PO Box No.: 46 E. Ohio Street
City, State, ZIP+4: Indianapolis IN 46204

PS Form 3800, June 2002

7005 3110 0003 8816 1615

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

TAYLOR R. #31628-048

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.79 |

Postmark Here — 9

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave N.W
City, State, ZIP+4: Washington D.C. 20530

PS Form 3800, August 2006

7007 0220 0001 5814 0741