UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
File Number 08 0559  CKK

Ralph Taylor,           )
    Petitioner,      )
                        )
                        )
v.                      )   Notice of Appeal
                        )
                        )
John D. Tinder,         )
    Defendant        )

Notice is hereby given that Ralph Taylor v. John D. Tinder, in the above name case hereby appeal to the United States Court of Appeals for the District of Columbia from the ORDER quashing the summonses and dismissing the case for the reasons set forth in the accompanying Memorandum Opinion issued separately this day. Signed by Judge Colleen Kollar-Kotelly on 4/23/08. (ah)

Petitioner Ralph Taylor, has not received neither the Order nor the Memorandum Opinion as of this date, May 8, 2008

*Ralph Taylor*
Reg. No. 31628-048
F.C.I. Ashland
P.O. Box 6001
Ashland, KY  41105

**RECEIVED**

MAY 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT