# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5164**             **September Term 2007**

1:08-cv-00559-CKK

Filed On: August 26, 2008 [1135104]

Ralph Taylor,

    Appellant

v.

John D. Tinder, U.S. District Court Judge
for the Southern District of Indiana,

    Appellee

### ORDER

Upon consideration of appellant's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                BY:    /s/
                                                Mark A. Butler
                                                Deputy Clerk